# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| GARY W. HALLFORD, | 2:07-CV-01068- PMP-GWF |
| Plaintiff, | **ORDER** |
| vs. | |
| MENDEZ, et al., | |
| Defendants. | |

The court having read and considered Plaintiff Hallford's Motion to Remand Case to Court of Original Jurisdiction (Doc. #17), filed on May 28, 2009, and good cause appearing,

**IT IS ORDERED that** Plaintiff Hallford's Motion to Remand Case to Court of Original Jurisdiction (Doc. #17) is DENIED.

DATED: September 8, 2009.

_____
PHILIP M. PRO
United States District Judge