# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HALLFORD, | |
|         Plaintiff, | Case No.  2:07-cv-01068-PMP-GWF |
| vs. | **ORDER** |
| MENDEZ, *et al.*, | Application to Proceed *In Forma Pauperis* (Dkt. #21) |
|         Defendants. | |

      This matter is before the Court on Plaintiff's Application to Proceed *In Forma Pauperis* before the Ninth Circuit (Dkt. #21), filed September 29, 2009.

      Plaintiff Gary Hallford filed an appeal with the Ninth Circuit Court of Appeals and filed an application to proceed in forma pauperis during his appeal pursuant to Fed.R.App.P. 24. Reviewing Plaintiff's application and financial affidavit, the Court finds that Plaintiff is unable to pay a filing fee or to give security for fees and costs and Plaintiff's request to proceed *in forma pauperis* will be granted. Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed *In Forma Pauperis* before the Ninth Circuit (Dkt. #21) is **granted**.

      DATED this 28th day of October, 2009.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**