# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HALLFORD, | |
| Plaintiff, | Case No. 2:07-cv-01068-PMP-GWF |
| vs. | **ORDER** |
| MENDEZ, *et al.*, | Request for Production of Documents for Appellate Court (Dkt. #35) |
| Defendants. | |

This matter is before the Court on Plaintiff's Declaration and Request for Production of Documents for Appellate Court (Dkt. #35), filed March 2, 2010.

Plaintiff Gary Hallford filed an appeal with the Ninth Circuit Court of Appeals and applied to proceed *in forma pauperis* during his appeal pursuant to Fed.R.App.P. 24(a)(3). The Court will grant Plaintiff's application to proceed *in forma pauperis* before the Ninth Circuit based on the Court's previous finding that Plaintiff is unable to pay a filing fee or to give security for fees and costs.

Plaintiff's motion also requests that the Court "transmit the necessary information to the Clerk of the Ninth Circuit Court of Appeals". (Dkt. #35). Once the Ninth Circuit requests the record from the District Court, the Court Clerk will transmit the necessary information. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed *In Forma Pauperis* before the Ninth Circuit (Dkt. #35) is **granted**.

DATED this 12th day of March, 2010.

**GEORGE FOLEY, JR.**
**United States Magistrate Judge**